IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 04-02352-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Edward Porras, ) | |
| Defendant. ) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objection having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#69)

DATED this 13th day of June, 2006.

_____
Raner C. Collins
United States District Judge